```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

|  |  |
|---|---|
| TRENTON LEE BEAVER, | * |
| Plaintiff, | * |
| vs. | * CASE NO. 3:12-CV-115-CDL |
| JOE CHAPMAN, *et al.*, | * 42 U.S.C. §1983 |
| Defendants. | * |

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on August 19, 2013.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 19th day of August, 2013.

                                      s/Clay D. Land
                                   _____
                                       CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE